UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re application of

MARIE JOSÉ COOLS AND DENNIS STEFFENS, ACTING IN THEIR CAPACITY AS BANKRUPTCY TRUSTEES IN THE BANKRUPTCY OF
HENDRIK J. KEILMAN, and

A AND M SERVICES LTD.,

For an Order Pursuant to 28 U.S.C. § 1782 for Issuance of Subpoenas to Amnon Shiboleth and Isaac Dabah.

**16 MISC 0 0 2**

Misc. Civil No. 16-mc-_____

### [~~PROPOSED~~] ORDER
### GRANTING APPLICATION OF MARIE JOSÉ COOLS AND DENNIS STEFFENS, ACTING IN THEIR CAPACITY AS BANKRUPTCY TRUSTEES IN THE BANKRUPTCY OF HENDRIK J. KEILMAN, AND A AND M SERVICES, LTD. TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

**WHEREAS** an application (the "Application"), having been duly submitted to this Court on January 4, 2016, by Covington & Burling LLP, counsel for Marie-José Cools and Dennis Steffens in their capacity as bankruptcy trustees of Hendrik J. Keilman (the "Trustees"), and A and M Services Ltd. ("A&M"), for entry of an order pursuant to 28 U.S.C. § 1782 permitting counsel for the Trustees and A&M to serve Amnon Shiboleth with a subpoena duces tecum and ad testificandum in the form attached as Exhibit 6 to the Declaration of Barbara F. H. Rumora-Scheltema, dated December 31, 2015 (the "Rumora-Scheltema Declaration"), and to serve Isaac Dabah with a subpoena duces tecum and ad testificandum in the form attached as Exhibit 7 to the Rumora-Scheltema Declaration, seeking testimony and documents from Shiboleth and Dabah in accordance with the Federal Rules of Civil Procedure; and

**WHEREAS** the Court has reviewed the Application, accompanying memorandum of law, Rumora-Scheltema Declaration and accompanying exhibits, and the subpoenas duces tecum and ad testificandum submitted in support of the Application; and

**WHEREAS** this Court finds that the Application meets the statutory requirements of 28 U.S.C. § 1782, and that it is appropriate in this Court's discretion to grant the Application.

**IT IS HEREBY ORDERED THAT** counsel for the Trustees and A&M may serve Shiboleth with a subpoena duces tecum and ad testificandum in the form attached as Exhibit 6 to the Rumora-Scheltema Declaration and may serve Dabah with a subpoena duces tecum and ad testificandum in the form attached as Exhibit 7 to the Rumora-Scheltema Declaration.

_____
U.S.D.J.

Pans, J.            1/4/16

2